In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-179 CV


 ______________________


 

DONALD T. BOUDREAUX, Appellant



V.



JOHN MCCRAY, Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-177,968






MEMORANDUM OPINION 


 The appellant, Donald T. Boudreaux, filed a motion to dismiss this accelerated appeal.
The motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The
motion to dismiss is granted and the appeal is dismissed.



 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice

 

Opinion Delivered July 12, 2007 

Before McKeithen, C.J., Gaultney and Horton, JJ.